IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANDREW MILTON WILLIAMS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | CASE NO. 2:16-CV-690-WKW |
| UNITED STATES OF AMERICA, | ) | [WO] |
| | ) | |
| | ) | |
| Respondent. | ) | |

## **ORDER**

On October 11, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 10.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and that this case is DISMISSED with prejudice.

A separate final judgment will be entered.

DONE this 5th day of November, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE